Clifford SCHEIN d/b/a J & B Cash Express, Appellant,

v.

AMERICAN RESTAURANT GROUP, INC., Appellee.

No. 2-89-237-CV.

Court of Appeals of Texas, Fort Worth.

July 10, 1990.

Rehearing Denied Sept. 4, 1990.

Shawn M. Frazin, Dallas, for appellant.

Stagner & Stagner, and Cynthia L. Stagner, Sherman, for appellee.

**1.** During argument the question arose as to whether the City Manager, the only entity who has the final power to discharge City personnel

Before FARRIS and DAY, JJ., and CLYDE R. ASHWORTH (Retired) Sitting by Assignment.

OPINION

FARRIS, Justice.

Clifford Schein d/b/a J & B Cash Express (Cash Express) sued American Restaurant Group, Inc. (American) alleging holder in due course status on a check issued to one of American's former employees. After the trial court sanctioned Cash Express for discovery abuse, Cash Express nonsuited its case, and now appeals the sanction order.

■■■ We hold that a plaintiff who has taken a non-suit cannot complain on appeal of any sanctions granted by the trial court before the non-suit. *See Cornish v. Houston Terminal Land Co.*, 257 S.W. 575, 578 (Tex.Civ.App.—Galveston 1923, no writ); *Levinski v. Williamson*, 15 Tex.Civ.App. 67, 38 S.W. 376 (1896, no writ); TEX.R. CIV.P. 162.

Accordingly, we hold that Cash Express is not entitled to be heard in this court upon the points of error it urges concerning the sanction order, and we dismiss this appeal.